UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MICHELLE GILBERT,<br><br>               Plaintiff,<br><br>  v.<br><br>JAMIE MARTINSON and WILLIAM EDGER,<br><br>               Defendants. | CASE NO. C20-5262 BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Theresa L. Fricke, United States Magistrate Judge. Dkt. 13. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

    (1)    The R&R is **ADOPTED**;

    (2)    Plaintiff's complaint is **DISMISSED without prejudice**; and

    (3)    The Clerk shall enter JUDGMENT and close this case.

1   Dated this 5th day of January, 2021.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2